# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-3309

United States of America

Appellee

v.

Timothy B. Wilder

Appellant

No: 12-3756

United States of America

Appellee

v.

Timothy B. Wilder

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:07-cr-00559-JAJ-6)
(3:07-cr-00559-JAJ-6)

---

**MANDATE**

In accordance with the judgment of 11/28/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

December 20, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit