AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
DEC 29 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Timothy B. Wilder ) | Case No: 3:07cr0559-06 |
| ) | USM No: 11074-030 |
| Date of Original Judgment: 09/05/2008 ) | |
| Date of Previous Amended Judgment: 09/11/2008 ) | |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __360__ months is reduced to __235 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

United States Sentencing Guideline Amendment 782

The defendant received a sentence at the bottom of the guideline range when originally sentenced. This sentence is at the bottom of the amended sentencing range. The new sentence of 235 months applies to each of Counts 1, 3, 9 and 10. All sentences to run concurrent.

Except as otherwise provided, all provisions of the judgment dated __09/05/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/29/2014

Effective Date: 11/02/2015
*(if different from order date)*

Judge's signature

John A. Jarvey, United States District Judge
*Printed name and title*