United States District Court

Southern District of Iowa

Central Division

RECEIVED
JUN 1 0 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Timothy B. Wilder | Motion Pursuant to S. 1789 |
| Petitioner | The Fair Sentencing Act 2010 |
| | Title 28 U.S.C. 3592(c) |
| vs | |
| | No: 4:11-CV-0029-JAJ |
| United States of America | |
| Respondent | |

Comes now Petitioner Timothy Wilder appealing (RW-SC) currently in custody at the Federal Medical Center Rochester, MN.

Petitioner Mr. Wilder requests that the Honorable Court revisit documents that will show eligibility under ratio of 18-to-1 2007 Retroactive Crack Amendment. petitioner's criminal history will show he was sentenced for 50 grams or more of cocaine base in counts (1), (3), (9), and (10) in category IV Criminal History Level 34 Enhanced for Role three, (3), points and for Obstruction of Justice two, (2), points, which put him at level 39. Petitioner was sentenced to 30 years, (360), months from which he received a reduction to 235 months under the "All Drugs Minus Two, 782 Amendment."

Petitioner respectfully requests the Honorable Court to review his case for eligibility in manner.

(1 of 2)

_____Certificate of Source_____

I, Timothy B. Wilder, hereby certify and verify that the foregoing document was placed into the U.S. Postal mail at the Federal Medical Center in Rochester, MN. on June 3, 2015.

Mail Box Rule

Houston v. Lack, 487 U.S. 266 (1989)

Respectfully Submitted by:

_Timothy Wilder_

(2 of 2)

COMMITTED NAME: Timothy Wilder
REG. NO. & QTRS.: 11074-030  10-1
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000



⇔11074-030⇔
Clerk U S Dist Court
131 E. 4th St Suite 150
Davenport, IA 52801
United States